IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD GRIFFIN MELLS, )
)
    Plaintiff, )
)
v. )   CASE NO. CV418-296
)
CHARLES V. LONCON, and )
JEREMIAH LYLE JOHNSON, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 9.) After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of March 2019.

                      WILLIAM T. MOORE, JR.
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA